[No. 60670-1-I.   Division One.   December 21, 2009.]

*In the Matter of the Personal Restraint of* MELVIN C.
WARNESS, *Petitioner*.

Petition for relief from personal restraint. *Denied* by
unpublished per curiam opinion.

[No. 61900-4-I.   Division One.   December 21, 2009.]

SHEPLER CONSTRUCTION, INC., *Respondent*, v. GARY LEONARD
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 02-2-05162-7, Vickie I. Churchill, J. Pro
Tem., entered June 18, 2008. *Affirmed* by unpublished
opinion per Appelwick, J., concurred in by Lau, J.; Agid, J.,
dissenting.

[No. 62380-0-I.   Division One.   December 21, 2009.]

DOYLE MUIR, *Respondent*, v. COUNCIL 2 WASHINGTON STATE
COUNCIL OF COUNTY & CITY EMPLOYEES,
LOCAL 49, *Appellant*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 07-2-05041-9, Vickie I. Churchill, J. Pro
Tem., entered September 16, 2008. *Reversed* and *remanded*
by unpublished opinion per Ellington, J., concurred in by
Lau and Leach, JJ. Now published at 154 Wn. App. 528.

[No. 62403-2-I.   Division One.   December 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
RUSSELL GREENE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 06-1-05849-2, Michael J. Trickey, J., entered
September 10, 2008. *Affirmed in part* and *remanded with
instructions* by unpublished opinion per Ellington, J., con-
curred in by Becker and Lau, JJ.